*Court of Appeals*
*Fourth Court of Appeals District of Texas*
*San Antonio*





★ ★ ★      ★ ★ ★

## MEMORANDUM OPINION

No. 04-10-00793-CR

**IN RE** Sergio Aaron **GONZALEZ**

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:     Catherine Stone, Chief Justice
           Rebecca Simmons, Justice
           Steven C. Hilbig, Justice

Delivered and Filed: January 5, 2011

PETITION FOR WRIT OF MANDAMUS DENIED AS MOOT

On October 29, 2010, relator filed a petition for writ of mandamus, complaining of the trial court's failure to rule on his Motion for Judgment Nunc Pro Tunc. However, on December 20, 2010, the trial court signed an order awarding relator credit for time served. Accordingly, the petition for writ of mandamus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

DO NOT PUBLISH

---

[1] This proceeding arises out of Cause No. 1999-CRS-154-D4, styled *State of Texas v. Sergio Aaron Gonzalez*, in the 406th Judicial District Court, Webb County, Texas, the Honorable Oscar J. Hale, Jr. presiding.